LAWRANCE A. BOHM, ESQ. (SBN 208716)
BIANCA N. SMITH, ESQ. (SBN 269963)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorneys for Plaintiffs
DENNIS ASBURY
DIANE LYON

LEONARD G. KRUP
State Bar No. 49572
510 W. Wood Street
Willows, CA 95988
(530) 798-5022 Telephone
(530) 934-8090 Facsimile

Attorney for Defendant
GLENN COUNTY OFFICE OF
EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ASBURY; DIANE LYON, Plaintiffs, v. GLENN COUNTY OFFICE OF EDUCATION; and DOES 1-50, inclusive, Defendants. | Case No. 2:12-CV-01745-MCE-GGH **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND ORDER** |

Plaintiffs, DENNIS ASBURY and DIANE LYON, by and through their attorney of record, Lawrance A. Bohm and Defendant, GLENN COUNTY OFFICE OF EDUCATION, by and through its attorney of record, Leonard G. Krup, stipulate to continue this Court's hearing

1

Stipulation to Continue Hearing on Defendant's Motion to
Dismiss, or in the alternative for Summary Judgment and Order
ASBURY, et al. v. GLENN COUNTY OFFICE OF EDUCATION

on Defendant's Motion to Dismiss or in the alternative for Summary Judgment, currently scheduled on October 4, 2012 as follows:

    1. The parties propose November 1, 2012 at 2:00 p.m. in Courtroom 7 for hearing on this matter.

    2. The parties further stipulate that Plaintiffs' time for briefing their opposition will be extended according to the new hearing date of November 1, 2012.

Dated: September 20, 2012        By: */s/ Lawrance A. Bohm*
                                                          LAWRANCE A. BOHM, ESQ.

                                                          Attorney for Plaintiffs
                                                          DENNIS ASBURY
                                                          DIANE LYON

Dated: September 20, 2012        By: */s/ Leonard G. Krup*
                                                          LEONARD G. KRUP, ESQ.

                                                          Attorney for Defendant
                                                          GLENN COUNTY OFFICE OF
                                                          EDUCATION

## **ORDER**

    Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the hearing on Defendant's Motion to Dismiss, or in the alternative for Summary Judgment, currently calendared for October 4, 2012, at 2:00 p.m. in Courtroom 7 of the United States District Court for the Eastern District of California, be continued to November 1, 2012 at 2:00 p.m.

Dated: September 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Hearing on Defendant's Motion to
Dismiss, or in the alternative for Summary Judgment and Order
ASBURY, et al. v. GLENN COUNTY OFFICE OF EDUCATION