UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ASBURY and DIANE LYON, | No. 2:12-cv-01745-MCE-EFB |
| Plaintiffs, | |
| v. | |
| GLENN COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

On August 30, 2012, Defendant Glenn County Office of Education filed a Motion to Dismiss, in the Alternative Motion for Summary Judgment.  (Def.'s Mot. Dismiss, ECF No. 7.)  On January 31, 2013, the Court issued the following minute order:

> The Court construes Defendants' Motion to Dismiss, in the Alternative Motion for Summary Judgment (ECF No. 7) as a Motion for Summary Judgment because Defendants have submitted materials outside the pleadings in support of their motion and the Court will rely on those materials in ruling on the Motion.  See Anderson v. Angelone, 86 F.3d 932, 934 (9th Cir. 1996).  Plaintiffs have failed to respond to the Motion for Summary Judgment in accordance with Local Rule 260(b).  The Motion is stayed pending completion of discovery.  In the alternative, Defendants may withdraw the motion without prejudice and renew it following the completion of discovery.

(ECF No. 16.)  On the Court's own motion, the above minute order (ECF No. 16) is hereby VACATED.

The Court now construes Defendants' Motion to Dismiss, in the Alternative Motion for Summary Judgment (ECF No. 7) as a Motion for Summary Judgment because Defendants have submitted materials outside the pleadings in support of their motion and the Court will rely on those materials in ruling on the Motion.  See <u>Anderson v. Angelone</u>, 86 F.3d 932, 934 (9th Cir. 1996).  Moreover, Plaintiffs have failed to respond to the Motion for Summary Judgment in accordance with Local Rule 260(b).

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Court's prior minute order (ECF No. 16) is VACATED; and
2. Defendant's Motion for Summary Judgment (ECF No. 7) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT