LAWRANCE A. BOHM (SBN 208716)
BIANCA N. SAAD (SBN 269963)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Facsimile: (916) 927-2046

Attorneys for Plaintiffs
DENNIS ASBURY
DIANE LYON

LEONARD G. KRUP
State Bar No. 49572
510 W. Wood Street
Willows, CA 95988
(530) 798-5022 Telephone
(530) 934-8090 Facsimile

Attorney for Defendant
GLENN COUNTY OFFICE
OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ASBURY; DIANE LYON;<br><br>Plaintiffs,<br><br>v.<br><br>GLENN COUNTY OFFICE OF EDUCATION and DOES 1-50 inclusive,<br><br>Defendants. | Case No.  2:12-CV-01745-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>**Hon. Morrison C. England, Jr.** |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiffs DENNIS ASBURY and DIANE LYON (collectively, "Plaintiffs"), for personal and professional reasons, seek to dismiss this action against Defendant GLENN

1

COUNTY OFFICE OF EDUCATION, the parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

### STIPULATION

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs and Defendant agree to the dismissal of the entire above-captioned action with prejudice;

2. The parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: June 11, 2013

                                        /s/ Leonard G. Krup (as authorized on 6/7/13)
LEONARD G. KRUP
ATTORNEY AT LAW

Attorney for Defendant
GLENN COUNTY OFFICE OF EDUCATION

Dated: June 11, 2013

                                        /s/ Lawrance A. Bohm
LAWRANCE A. BOHM, ESQ.
BOHM LAW GROUP

Attorney for Plaintiffs
DENNIS ASBURY
DIANE LYON

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. The instant matter is hereby dismissed, in its entirety. The Clerk of the Court is directed to close the file.

DATED: June 11, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal
ASBURY, et al. v. GLENN COUNTY OFFICE OF EDUCATION
Case No. 2:12-CV-01745-MCE-GGH